# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND R. TAYLOR,
                                  Appellant,
        vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; AND T. THOMAS,
WARDEN,
                                  Respondents.

No. 76195

**FILED**

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed his appeal on June 19, 2018. Thus, the notice of appeal is premature. NRS 177.015(3). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-25634

cc:    Hon. Linda Marie Bell, District Judge
           Raymond R. Taylor
           Attorney General/Carson City
           Eighth District Court Clerk